UTICA,
August, 1827.

Smith
v.
Ingraham.

*Curia.* This is the common case of the 4 days expired after judgment perfected, and no order to stay proceedings. No writ of error is filed or bail put in. The execution *being levied, we cannot give relief. The defendant must rely on the restitution which follows the reversal of the judgment, if it shall be reversed on error.

Motion denied.(*a*)

(*a*) Vid. *Jackson* v. *Schauber,* ante, 417.

---

SMITH *against* INGRAHAM.

Distance should be computed by the usually traveled route; not the mail route, unless this be also the usually traveled one. *E. g.* Distance between the residence of attorneys, by which to determine when the service of papers may be on the agent.

H. DENIO moved for judgment as in case of nonsuit, on proving service upon the agent of the plaintiff's attorney in vacation.

*J. A. Spencer,* contra, read an affidavit that the attorneys for the respective parties lived within about 30 miles of each other, by the usually traveled road; though, he admitted, that, by the mail route, the distance was more than 40 miles.

*Denio* insisted that the rule allowing service on agents, where the attorneys do not reside within 40 miles of each other, had reference to the mail route.

*Curia.* Distance, in the rule, means by the usually traveled road; not the mail route, unless this be also the usual one.

Motion denied.